UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
NGA TUY PHAM ) Bankruptcy No. 08-30904 TEC
              Debtor )
)
_____ )
)
NGOC LAN THI NGUYEN )
)
) Adversary No. 08-3073 TEC
             Plaintiff )
)
      vs. )
NGA TUY PHAM, YEN CHUNG, )
KENNY HUNG WAI NG, QUAN )
THANH CHUNG and DOES 1-20 )
)
            Defendants )
_____ )

## STIPULATION APPOINTING RESOLUTION ADVOCATE
## AND ASSIGNMENT TO THE BANKRUPTCY
## DISPUTE RESOLUTION PROGRAM

IT IS HEREBY STIPULATED by and between all parties to the adversary proceeding entitled herein, that pursuant to B.L.R. 9044-1, this matter be referred to the Bankruptcy Dispute Resolution Program. The parties have conferred and have agreed that the following individuals are mutually acceptable for appointment as Resolution Advocate and Alternate Resolution Advocate in this matter:

| Resolution Advocate: | Alternate: |
|---|---|
| Andrea Porter | Douglas G. Boven |
| Name | Name |
| 150 Spear Street, Suite 1600 | Two Embarcadero Center, Suite 2000 |
| Address | Address |
| San Francisco, CA 94105 | San Francisco, CA 94111 |
| City, State, Zip | City, State, Zip |
| 415.834.3805 | 415- 543-8700 |
| Telephone | Telephone |

The matter concerns (select one):

( ) Breach of Contract      ( ) Classification of Claims      ( ) Construction Issues

( ) Dischargeability      ( ) Injunctive or Declaratory Relief      ( ) Lien Avoidance

(X) Multiple Litigations      ( ) Objection to Claim      ( ) Objection to Plan Confirmation

( ) Preference / Fraudulent Conveyance      ( ) Real Estate Issues      ( ) Validity of Lien

( ) Violation of Stay      ( ) Other:_____

The attorneys for the parties are:

| Attorney for Plaintiff Ngoc Lan Thi Nguyen | Attorney for All Defendants |
|---|---|
| Robin E. Foor *(signature)* | John Chow *(signature)* |
| Name | Name |
| 2843 Alhambra Drive | 685 Market Street, Suite 460 |
| Address | Address |
| Belmont, CA 94002 | San Francisco, CA 94105 |
| City, State, Zip | City, State, Zip |
| 650-591-5390 | 415-777-1688 |
| Telephone | Telephone |
| Signed | Signed |
| February 7, 2009 | February 12, 2009 |
| Dated | Dated |

*Revised November 2, 2006*