Robin E. Foor SBN 64084
Law Offices of Robin E. Foor
2843 Alhambra Drive
Belmont, CA 94002
Tel: 650-591-5390
Fax: 650-593-4622

Attorney for Plaintiff
Ngoc Lan Thi Nguyen

John Chow, Esq. (SBN: 225670)
Suzan Yee, Esq. (SBN: 88418)
Tsao-Wu, Chow & Yee LLP
685 Market Street, Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

Attorneys for Defendant
Nga Tuy Pham, Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NGA TUY PHAM, <br>                 Debtor | Case No. 08-30904 <br> Chapter 7 |
| NGOC LAN THI NGUYEN, <br>                 Plaintiff <br> vs. <br> NGA TUY PHAM, YEN CHUNG, KENNY HUNG WAI NG, QUAN THANH CHUNG, and DOES 1-20, <br>                 Defendants. | Adversary Proceeding <br> No. 08-3073 TC <br> **JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT** <br> Date: March 20, 2009 <br> Time: 9:30 a.m. <br> Place: 235 Pine Street, 23rd Floor Courtroom <br> Honorable Thomas E. Carlson |

The parties to the above-entitled action certify that they met and conferred and

Joint Supplemental Case Management Statement
Adversary Proceeding No. 08-3073 TC       1

jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the Joint Supplemental Case Management Statement of January 27, 2009:

(a) <u>Discovery</u>

The parties have exchanged requests for production of documents and interrogatories. Written responses have been served to some of the requests and interrogatories. The time to respond to the remaining interrogatories, document requests and requests for admissions has been extended by stipulation, so that all discovery, other than expert's discovery, will be completed by April 15, 2009.

The parties request an extension of the fact discovery cut-off in the Scheduling Order to April 15, 2009.

The parties request that the deadline for expert's reports in the Scheduling Order be extended to April 21, 2009.

There have been no depositions to date.

(b) <u>Motions</u>

There have been no motions since the Joint Supplemental Case Management Statement of January 27, 2009.

(c) <u>Pleadings</u>

The parties are considering submission of an Amended Answer and Second Amended Complaint by stipulation, pending the resolution of settlement discussions.

//

//

Joint Supplemental Case Management Statement
Adversary Proceeding No. 08-3073 TC      2
Case: 08-03073   Doc# 36   Filed: 03/18/09   Entered: 03/18/09 15:20:48   Page 2 of 4

(d) <u>ADR</u>

The mediation occurred on February 12, 2009 at the offices of Andrea Porter. No agreement was reached. The parties have been discussing potential resolution of part of the case since the mediation.

2. The parties jointly request that the Court make the following Supplemental Case Management Order:

(a) The Status Conference scheduled for March 20, 2009 shall be rescheduled for April 17, 2009.

(b) The Scheduling Order of September 25, 2008 shall be modified as follows:

(i) All discovery shall be completed by April 15, 2009, other than expert's discovery.

(ii) Reports of retained experts are due from both plaintiff and defendants by April 21, 2009.

Dated: March 18, 2009

Respectfully submitted:

Robin E. Foor SBN 64084
Law Offices of Robin E. Foor
2843 Alhambra Drive
Belmont, CA 94002
Tel: 650-591-5390
Fax: 650-593-4622
Attorney for Plaintiff Ngoc Lan Thi Nguyen

                                       /s/ Robin E. Foor
                                        Robin E. Foor
                                        Attorney for Plaintiff
                                        Ngoc Lan Thi Nguyen

Joint Supplemental Case Management Statement
Adversary Proceeding No. 08-3073 TC     3

| 1 | John Chow (SBN 225670) |
| --- | --- |
| | Suzan Yee, Esq. (SBN 88418) |
| 2 | Tsao-Wu, Chow & Yee LLP |
| | The Monadnock Building |
| 3 | 685 Market Street, Suite 460 |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 777-1688 |
| | Facsimile: (415) 777-2298 |
| 5 | |
| 6 | Attorneys for Defendant |
| | Nga Tuy Pham, Debtor |

```
                                        /s/ John Chow
                                        John Chow
                                        Attorney for Defendant
                                        Nga Tuy Pham, Debtor
```

Joint Supplemental Case Management Statement
Adversary Proceeding No. 08-3073 TC

4